# Court of Appeals
# of the State of Georgia

ATLANTA,  February 15, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1078. DENNIS L. RILEY v. MIDTOWN MEDICAL CENTER ET AL.**

Upon consideration of the Appellees' motions to dismiss Appellant's appeal, it is hereby ordered that said motions are GRANTED. The above-styled appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/15/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*